UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ismail MALLOUK,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN, IMPERIAL REGIONAL DETENTION FACILITY,<br><br>                    Respondents. | Case No.:  26-cv-2422-AGS-MSB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Ismail Mallouk seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. The government "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 3, at 1.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by May 19, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  May 5, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2422-AGS-MSB